UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

DB STRUCTURED PRODUCTS, INC.

            Plaintiff,

-against-

MARIBELLA MORTGAGE, LLC

            Defendant.

Civ. No. [          ]

MAY 2 5 2007

### STATEMENT PURSUANT TO RULE 7.1
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff DB Structured Products, Inc., states as follows:

Defendant DB Structured Products, Inc. is wholly owned by DB U.S. Financial Markets Holding Corporation, a Delaware Corporation which is wholly owned by Taunus Corp., which is wholly owned by Deutsche Bank AG, which is a publicly held corporation.

Dated: New York, New York
       May 25, 2007

THACHER PROFFITT & WOOD LLP

By: *[signature]*

John P. Doherty (JD-3275)
Richard F. Hans (RH-0110)
Kerry Ford Cunningham (KF-1825)
Brendan E. Zahner (BZ-8645)
Two World Financial Center
New York, New York 10281
(212) 912-7400

*Attorneys for DB Structured Products, Inc.*