```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4106(DLC)
              Plaintiff,            :   (KNF)*
                                    :
     -v-                            :
                                    :       ORDER OF
MORTGAGE CORPORATION OF AMERICA, INC.,: REFERENCE TO A
d/b/a ZONE FUNDING,                 :   MAGISTRATE JUDGE
              Defendant.            :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4109
              Plaintiff,            :
                                    :
     -v-                            :
                                    :
BALTIMORE AMERICAN MORTGAGE         :
CORPORATION, INC.,                  :
              Defendant.            :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
              Plaintiff,            :   07 CIV. 4115
                                    :
     -v-                            :
                                    :
FIRST CAPITAL MORTGAGE CORP.,       :
                                    :
              Defendant.            :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :   07 CIV. 4116
              Plaintiff,            :
                                    :
     -v-                            :
                                    :
ACT LENDING CORPORATION,            :
                                    :
              Defendant.            :
------------------------------------:
DB STRUCTURED PRODUCTS, INC.,       :
                                    :
              Plaintiff,            :   07 CIV. 4118
                                    :
     -v-                            :
                                    :
COMMONSENSE MORTGAGE CORPORATION, INC.,:
                                    :
              Defendant.            :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

1

```
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                    Plaintiff,        :   07 CIV. 4119
                                      :
          -v-                         :
                                      :
LENDER, LTD.,                         :
                    Defendant.        :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                    Plaintiff,        :   07 CIV. 4120
                                      :
          -v-                         :
                                      :
MARIBELLA MORTGAGE, LLC,              :
                                      :
                    Defendant.        :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                    Plaintiff,        :   07 CIV. 4121
                                      :
          -v-                         :
                                      :
LANCASTER MORTGAGE BANKERS, LLC,      :
                                      :
                    Defendant.        :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :   07 CIV. 4122
                    Plaintiff,        :
                                      :
          -v-                         :
                                      :
GREAT NORTHERN FINANCIAL GROUP, INC., :
                                      :
                    Defendant.        :
------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,         :
                                      :
                    Plaintiff,        :   07 CIV. 4123
                                      :
          -v-                         :
                                      :
INVESTAID CORPORATION,                :
                                      :
                    Defendant.        :
------------------------------------- :
```

```
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4124
                                         :
        -v-                              :
                                         :
CAMERON FINANCIAL GROUP, INC.,           :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4125
                                         :
        -v-                              :
                                         :
TRANSNATIONAL FINANCIAL NETWORK, INC.,   :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4126
                                         :
        -v-                              :
                                         :
BAYROCK MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-----------------------------------------:
DB STRUCTURED PRODUCTS, INC.,            :
                                         :
                    Plaintiff,           :   07 CIV. 4127
                                         :
        -v-                              :
                                         :
IFREEDOM DIRECT CORPORATION, f/k/a NEW   :
FREEDOM MORTGAGE CORPORATION,            :
                                         :
                    Defendant.           :
-----------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

| | | | |
|---|---|---|---|
| ___ | Specific Non-Dispositive Motion/Dispute* | _____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |

Purpose: _____

_____

_____

_____

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____   _____ Habeas Corpus

X    Settment*                _____ Social Security

___ Inquest After Default/Damages Hearing      _____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:

_____

_____

* Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:  New York, New York
        August 10, 2007

/s/ Denise Cote
DENISE COTE
United States District Judge