UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-                                  :

MORTGAGE CORP. OF AMERICA, INC.,        :
d/b/a/ ZONE FUNDING,
                                        :

         Defendant.
-------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-                                  :

                                       :
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                   :

         Defendant.           :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-                                  :

FIRST CAPITAL MORTGAGE CORP.,           :

         Defendant.           :
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,           :

         Plaintiff,           :

     -against-                                  :

PRAJNA GROUP, INC. d/b/a LIBERTY        :
MORTGAGE FUNDING,
                                       :

         Defendant.
----------------------------------------------------------- :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/07

**ORDER**

07 Civ. 4106 (DLC)(KNF)

07 Civ. 4109 (DLC)(KNF)

07 Civ. 4115 (DLC)(KNF)

07 Civ. 4116 (DLC)(KNF)

```
-------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,            :

          -against-                       :
                                               07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                        :

                    Defendant.            :
-------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,            :

          -against-                       :
                                               07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,        :

                    Defendant.            :
-------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,            :

          -against-                       :
                                               07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                             :

                    Defendant.            :
-------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,            :

                    Plaintiff,            :

          -against-                       :
                                               07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,                   :

                    Defendant.            :
-------------------------------------------------------
```

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

           -against-                       :
                                                   07 Civ. 4121 (DLC)(KNF)
LANCASTER MORTAGE BANKERS, LLC,            :

                Defendant.                 :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

           -against-                       :
                                                   07 Civ. 4122 (DLC)(KNF)
GREAT NORTHERN FINANCIAL GROUP,            :
INC.,
                Defendant.                 :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

           -against-                       :
                                                   07 Civ. 4123 (DLC)(KNF)
INVESTAID CORPORATION,                     :

                Defendant.                 :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                Plaintiff,                 :

           -against-                       :
                                                   07 Civ. 4124 (DLC)(KNF)
CAMERON FINANCIAL GROUP, INC.,             :

                Defendant.                 :
------------------------------------------------------------
```

```
-----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                :

               Plaintiff,                    :

       -against-                             :
                                                    07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,             :
INC.,
                                             :
               Defendant.
---------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                             :
               Plaintiff,
                                             :
       -against-
                                             :
                                                    07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,

               Defendant.                    :
----------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      August 27, 2007

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE