UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07
```

DB STRUCTURED PRODUCTS, INC.

    Plaintiff,

-against-

MARIBELLA MORTGAGE, LLC,

    Defendant.

ECF CASE

07 Civ. 4120 (DLC)

**ORDER TO SHOW CAUSE**

Date: October 12, 2007

Time: 12:00 p.m.



    Having read the Affidavit of John P. Doherty In Support of Application for Default Judgment, dated September 20, 2007; a copy of the Complaint; a copy of the Affidavit of Service of the Summons and Complaint, dated June 5, 2007; and the Certificate of Default entered by the Clerk of the Court on September 19, 2007:

    **IT IS ORDERED**, that Defendant Maribella Mortgage, LLC appear before Judge Denise L. Cote in Courtroom 11B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY 10007 at the above date and time to show cause why a default judgment should not be issued, and why the Court should not proceed to an inquest, if necessary, to determine the amount of damages; and it is further

    **ORDERED**, that a copy of (i) this Order; (ii) Summons; (iii) Complaint; (iv) Affidavit of Service of the Summons and Complaint; (v) the proposed Default Judgment; (vi) Certificate from the Clerk of the Court; and (vii) a copy of the Affidavit of John P. Doherty In Support of Application for Default Judgment shall be served on Maribella Mortgage, LLC by overnight courier to the office of Defendant's registered agent, Keith White, 3600 Minnesota Drive #160,

Edina, MN 55435 no later than ~~September 24~~, 2007, and proof of service complying with this Order shall be filed on or before the return date. Any opposition papers are due October 8, 2007.

Date: Sept. 30, 2007

_____
United States District Judge