UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                            Plaintiff,

      -against-

MARIBELLA MORTGAGE, LLC

                            Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4120 (DLC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

      JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

      On September 20, 2007, deponent served a true and correct copy of the Order to Show Cause and Affidavit of John P. Doherty in Support of Application for Default Judgment with all exhibits attached thereto, by Federal Express priority overnight delivery to:

                                    Mr. Keith A. White
                                    3600 Minnesota Drive, #160
                                    Edina, Minnesota 55435
                                    Registered Agent for Maribella Mortgage, LLC

                                    _/s/ Jackeline N. Novikov-Carles_
                                    JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
24th day of September 2007

_/s/ Jonathan E. Wilson_
Notary Public

                            JONATHAN E. WILSON
                     Notary Public, State of New York
                             No. 01WI6091214
                          Qualified in Bronx County
                 Certificate Filed in New York County
                 Commission Expires April 28, 201_