UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

   Plaintiff,

-against-

MARIBELLA MORTGAGE, LLC

   Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

ECF CASE

07 Civ. 4120 (DLC)

## DEFAULT JUDGMENT

This action having been commenced on May 25, 2007 by the filing of the Complaint, and a copy of the (i) Complaint; (ii) Summons; (iii) Explanation of Relatedness; (iv) Statement Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure; (v) Civil Cover Sheet; (vi) Individual Practices of Judge Denise Cote; (vii) Individual Rules of Practice of Judge Kevin Nathaniel Fox; (viii) 3rd Amended Instructions For Filing An Electronic Case or Appeal; (ix) Procedures for Electronic Case Filing; and (x) Guidelines for Electronic Case Filing having been properly served on the defendant, Maribella Mortgage, LLC ("Defendant") on June 5, 2007 by personally serving Defendant's registered agent, Keith White, 3600 Minnesota Drive #160, Edina, MN 55435, and a proof of service having been filed on June 27, 2007, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED** that Plaintiff have judgment against Defendant in the liquidated amount of $12,569,738.18 with interest at $2,852.49 per diem from 04/19/07 through 10/12/07 amounting

to $504,890.73, and attorneys' fees and costs in the amount of $17,222.70, amounting in all to $13,091,851.61; and it is further

**ORDERED** that within thirty (30) days following payment in full of the amount awarded by this Default Judgment, Plaintiff shall return to Defendant the Mortgage Loans[1] as set forth in the Purchase Agreement.

*The Clerk of Court shall close the case.*

Dated: New York, New York

October 12, 2007

_____
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Complaint.

2